IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No. 7:23-cv-00004

JACINTO GOMEZ OVANDO and MARIA DEL CARMEN PERALTA BAEZA, )
on behalf of themselves and all others similarly situated )
          Plaintiff(s), )
v. )
MOUNTAIRE FARMS, INC. and MOUNTAIRE FARMS OF NORTH CAROLINA, CORP. )
          Defendant(s). )

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION AND ATTRIBUTED CITIZENSHIP**

Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.3, or Fed. R. Crim. P. 12.4 and Local Criminal Rule 12.3,

__MOUNTAIRE FARMS OF NORTH CAROLINA, CORP.__ who is __Defendant__,
(name of party/intervenor)        (plaintiff/defendant/other:_____)

makes the following disclosure:

1. Is the party/intervenor a publicly held corporation or other publicly held entity?

   YES ◯      NO ◉

2. Does the party/intervenor have any parent corporations?

   YES ◉      NO ◯

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

   Mountaire Corporation (an Arkansas Corporation)

3. Is 10% of more of the stock of the party/intervenor owned by a publicly held corporation or other publicly held entity?

   YES ◯      NO ◉

   If yes, identify all such owners:

   N/A

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal 12.3)?

   YES ○    NO ●

5. Is the party/intervenor a trade association?

   YES ○    NO ●

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

N/A

6. If the case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditor's committee:

N/A

7. In a case based on diversity jurisdiction, the following is a list of every individual or entity whose citizenship is attributed to the party/intervenor:

| _____ | _____ |
| (Name of individual/entity) | (State of citizenship) |

| _____ | _____ |
| (Name of individual/entity) | (State of citizenship) |

| _____ | _____ |
| (Name of individual/entity) | (State of citizenship) |

| _____ | _____ |
| (Name of individual/entity) | (State of citizenship) |

| _____ | _____ |
| (Name of individual/entity) | (State of citizenship) |

| _____ | _____ |
| (Name of individual/entity) | (State of citizenship) |

If there are additional individuals or entities who citizenship is attributed to the party/intervenor, please provide their names and states of citizenship on a separate piece of paper.

Signature: /s/Jerry H. Walters, Jr.

Date: 3/23/2023

# CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will notify the following counsel of record:

> Gilda A. Hernandez
> Matthew Donald Wright
> Hannah B. Simmons
> The Law Offices of Gilda A. Hernandez, PLLC
> 1020 Southhill Drive, Suite 130
> Cary, NC 27513
> Phone: (919) 741-8693
> Fax: (919) 869-1853
> ghernandez@gildahernandezlaw.com
> hsimmons@gildahernandezlaw.com
> mwright@gildahernandezlaw.com
>
> *Attorneys for Plaintiffs*

> */s/ Jerry H. Walters, Jr.*
> Jerry H. Walters, Jr., NC Bar No. 23319
>
> *Attorneys for Defendants*