IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JACINTO GOMEZ OVANDO and MARIA DEL CARMEN PERALTA BAEZA on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>vs.<br><br>MOUNTAIRE FARMS, INC., and MOUNTAIRE FARMS OF NORTH CAROLINA, CORP.,<br><br>*Defendants.* | CA No. 7:23-cv-00004-M-RJ |

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT OF CLASS AND COLLECTIVE ACTION AND RELEASE OF CLAIMS

Pursuant to Fed. R. Civ. P. 23 and 29 U.S.C. § 216(b), and based on the accompanying memorandum of law, Plaintiffs Jacinto Gomez Ovando and Maria Del Carmen Peralta Baeza ("Plaintiffs") respectfully move this Court, consistent with the Parties' Settlement Agreement of Class and Collective Action and Release of Claims ("Settlement Agreement"), (Dkt. 136-1), for an order: (1) preliminarily approving the proposed class and collective action settlement; (2) provisionally certifying the Rule 23 Settlement Class (as defined in the Settlement Agreement) for settlement purposes only; (3) appointing Plaintiffs' Counsel as Class Counsel; (4) approving the appointment of CPT Group as settlement administrator; (5) approving the proposed Notice, Claim Form, and notice plan; and (6) setting a date for a final approval hearing that is no earlier than one hundred (100) calendar days from the date after the filing of this Motion for Preliminary Approval, to allow the Parties to comply with the Class Action Fairness Act, 28 U.S.C. § 1715(b) ("CAFA").

The Parties' Settlement Agreement, proposed Notice, proposed Claim Form, and proposed order are submitted herewith.

Counsel for Plaintiffs has conferred with counsel for Defendants Mountaire Farms Inc. and Mountaire Farms of North Carolina Corp. ("Defendant" or "Mountaire") and, consistent with the Settlement Agreement, Defendants do not oppose the instant motion for purpose of settlement.

Respectfully submitted this March 28, 2025.

*/s/ Gilda Adriana Hernandez*
Gilda A. Hernandez (NCSB No. 36812)
Hannah B. Simmons (NCSB No. 59579)
Matthew S. Marlowe (NCSB No. 60035)
**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
1020 Southhill Dr., Ste. 130
Cary, NC 27513
Tel: (919) 741-8693
Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com
hsimmons@gildahernandezlaw.com
mmarlowe@gildahernandezlaw.com

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2025, I electronically filed the foregoing true and accurate copy of **PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT OF CLASS AND COLLECTIVE ACTION AND RELEASE OF CLAIMS** with the Court using the CM/ECF system, and have thereby electronically served the document to the following:

Jerry H. Walters, Jr., N.C. Bar No. 23319
jwalters@littler.com
**LITTLER MENDELSON, P.C.**
620 South Tryon Street, Suite 950
Charlotte, North Carolina 28202
Telephone: (704) 972-7013
Facsimile: (704) 333-4005

Michael S. McIntosh *admitted by special appearance*
mmcintosh@littler.com
Shaun M. Bennett *admitted by special appearance*
smbennett@littler.com
**LITTLER MENDELSON, P.C.**
1800 Tysons Boulevard, Suite 500
Tysons Corner, VA 22102
Telephone: (703) 442-8425
Facsimile: (703) 442-8428

Joshua B. Waxman *admitted by special appearance*
jwaxman@littler.com
Kimberly J. Duplechain *admitted by special appearance*
kduplechain@littler.com
**LITTLER MENDELSON, P.C.**
815 Connecticut Ave. NW, Suite 400
Washington, D.C. 20006
Telephone: (202) 789-3408
Facsimile: (202) 478-2623

Katelyn W. McCombs (NCSB No. 49392)
kmcombs@littler.com
**LITTLER MENDELSON, P.C.**
One PPG Place, Suite 2400
Pittsburgh, PA 15222
Telephone: (412) 201-7641

Jennifer B. Miller *admitted by special appearance*
jbmiller@littler.com
**LITTLER MENDELSON, P.C.**

3

Case 7:23-cv-00004-M-RJ    Document 135    Filed 03/28/25    Page 3 of 4

3424 Peachtree Rd., N.E., Suite 1200
Atlanta, GA 30326-1127
Telephone: (404) 233-0330
Facsimile: (404) 233-2361

*Attorneys for Defendants*

        */s/ Gilda Adriana Hernandez*
        Gilda A. Hernandez (NCSB No.: 36812)
        Hannah B. Simmons (NCSB No. 59579)
        Matthew S. Marlowe (NCSB No. 60035)
        **THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
        1020 Southhill Dr., Ste. 130
        Cary, NC 27513
        Tel: (919) 741-8693
        Fax: (919) 869-1853
        ghernandez@gildahernandezlaw.com
        hsimmons@gildahernandezlaw.com
        mmarlowe@gildahernandezlaw.com

        *Attorneys for Plaintiffs*