IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Civil Action No. 7:23-cv-00004-M-RJ

| | |
|---|---|
| JACINTO GOMEZ OVANDO and MARIA DEL CARMEN PERALTA BAEZA, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MOUNTAIRE FARMS, INC., and MOUNTAIRE FARMS OF NORTH CAROLINA, CORP., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SERVICE AWARDS

This matter comes before the court on the Plaintiffs' Unopposed Motion for Preliminary Approval of Service Awards ("Motion for Service Awards") [DE 137]. The court has considered the arguments and the record and GRANTS the Motion for Service Awards as follows. If the settlement is finally approved, the service awards to be paid from the Gross Settlement Amount are as follows:

(1) A Service Award to Named Plaintiff Jacinto Gomez Ovando is approved in the amount of $15,000.00; and

(2) A Service Award to Named Plaintiff Maria del Carmen Peralta Baeza is approved in the amount of $15,000.00.

SO ORDERED this 19th day of June, 2025.

*Richard E Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE